AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CLEMENT, EDITH B. | Appeals Court | 07/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Court Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

600 Camp Street,
Room 200
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CLEMENT, EDITH B. | 07/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 07/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J.P. Morgan Chase (n/c fm Bank One 7/05) | | None | J | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | O | W | | | | | |
| 3. Genworth Life & Annuity Ins Co, Flexible Premium Adjust Life Whole Li | C | Interest | L | T | | | | | see Section VIII |
| 4. Colonial Bank | | | | | | | | | see Section VIII |
| 5. Devon Energy Inc., 8.25% due 7/1/18 (bond) | D | Interest | L | T | | | | | see Section VIII |
| 6. Vanguard ST Fixed Income Investment Grade (VFSUX) | E | Dividend | P1 | T | Sold (part) | 03/24/16 | M | | |
| 7. | | | | | Sold (part) | 04/26/16 | J | | |
| 8. | | | | | Sold (part) | 06/21/16 | K | | |
| 9. | | | | | Buy (add'l) | 10/14/16 | N | | |
| 10. Vanguard Index Large Cap ETF (VV) | B | Dividend | L | T | Sold (part) | 03/24/16 | L | | |
| 11. Vanguard Index Mid Cap ETF (VO) | B | Dividend | M | T | Buy (add'l) | 03/24/16 | J | | |
| 12. | | | | | Sold (part) | 11/04/16 | K | | |
| 13. Vanguard Index REIT ETF (VNQ) | C | Dividend | L | T | Buy (add'l) | 03/24/16 | J | | |
| 14. Vanguard Index Small Cap ETF (VB) | C | Dividend | M | T | Buy (add'l) | 03/24/16 | J | | |
| 15. Vanguard Index Emerging Market ETF (VWO) | B | Dividend | L | T | Buy (add'l) | 03/24/16 | J | | |
| 16. Vanguard Index Developed International ETF (VEA) | A | Dividend | J | T | Buy | 03/24/16 | J | | |
| 17. Vanguard Consumer Discretionary ETF (VCR) | C | Dividend | M | T | Buy (add'l) | 03/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/26/16 | L | | |
| 19. Vanguard Consumer Staples ETF (VDC) | C | Dividend | M | T | Buy (add'l) | 03/24/16 | K | | |
| 20. Vanguard Energy ETF (VDE) | C | Dividend | M | T | Buy (add'l) | 03/24/16 | K | | |
| 21. | | | | | Buy (add'l) | 09/27/16 | K | | |
| 22. Vanguard Financials ETF (VFH) | D | Dividend | N | T | Buy | 03/24/16 | M | | |
| 23. | | | | | Buy (add'l) | 04/26/16 | L | | |
| 24. | | | | | Buy (add'l) | 06/21/16 | L | | |
| 25. Vanguard Health Care ETF (VHT) | C | Dividend | M | T | Buy | 03/24/16 | M | | |
| 26. | | | | | Buy (add'l) | 04/26/16 | L | | |
| 27. Vanguard Industrial ETF (VIS) | C | Dividend | M | T | Buy | 03/24/16 | M | | |
| 28. | | | | | Buy (add'l) | 09/27/16 | K | | |
| 29. Vanguard Info. Technology ETF (VGT) | C | Dividend | M | T | Buy (add'l) | 03/24/16 | K | | |
| 30. | | | | | Buy (add'l) | 04/26/16 | L | | |
| 31. | | | | | Buy (add'l) | 06/21/16 | K | | |
| 32. Vanguard Materials ETF (VAW) | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 33. Vanguard Telecomm. ETF (VOX) | C | Dividend | M | T | Buy (add'l) | 03/24/16 | J | | |
| 34. Charles Schwab Bank Deposit | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proshares Short S&P 500 ETF (SH) | | None | | | Sold | 03/02/16 | L | | |
| 36. Market Vectors Natural Resources ETF (HAP) | | None | | | Sold | 03/24/16 | K | | |
| 37. SPDR S&P Aerospace and Defense ETF (XAR) | A | Dividend | | | Sold | 03/24/16 | L | | |
| 38. Vanguard Star Fund (VGSTX) | C | Dividend | | | Sold (part) | 04/26/16 | L | | |
| 39. | | | | | Sold (part) | 06/21/16 | K | | |
| 40. | | | | | Sold (part) | 09/27/16 | J | | |
| 41. | | | | | Sold | 10/14/16 | N | | |
| 42. US I-Savings Bonds | B | Interest | K | T | | | | | |
| 43. Vanguard Variable Annuity -Vanguard Capital Growth Fund | | None | | | Sold | 02/12/16 | K | | |
| 44. Vanguard Variable Annuity - Vanguard Equity Index | | None | | | Sold | 02/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 07/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, #3.  With regard to your letter of June 3, 2016, Genworth, the insurer, does not offer the policy holder the option to choose specific investments. Genworth is unable to provide a breakdown of fund(s) as policies are not invested on an individual basis within Genworth's investment portfolio.

Section VII, #4.  This holding has been listed in error as Colonial Bank ceased existence in 2009 and the bond defaulted.

Section VII, #5.  Name changed to Devon Energy previously listed as Ocean Energy. 04/25/2003

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 07/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDITH B. CLEMENT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544